Intervenor.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Townley, Untermyor, Cohn and Callahan, JJ.

AMDYCO CORPORATION v. NATIONAL FOAM SYSTEM, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Dore and Callahan, JJ.

FERDINAND L. SALOMON and Others v. SAMUEL L. GOLDEN, Impleaded with PIRNIE, SIMONS & COMPANY, INC.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

JOSEPH DAVIS, as Executor, etc., of ELLIS WERNER, Deceased, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of MAX BLOCK and Others, for an Order under Article 78, Civil Practice Act, against JAMES E. FINEGAN, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY) v. LONGCHAMPS, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

JOHN J. BENNETT, JR., as Attorney-General of the State of New York, upon the Relation of FEDERAL BAR ASSOCIATION OF NEW YORK, NEW JERSEY AND CONNECTICUT, v. H. ELY GOLDSMITH.— Motion for leave to appeal to the Court of Appeals denied. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of ALICE V. CONKLIN and Others against THE BOARD OF CHILD WELFARE OF THE CITY OF NEW YORK and THE MUNICIPAL CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK. IDA J. AMANN and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 254 App. Div. 837. See, also, post, p. 762.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Arbitration of Certain Differences between KANSAÏ SILK IMPORTING Co., INC., and H. KLUGER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ.

THOMAS W. McGRAIL, for Himself and Thirty-four Others Similarly Situated, v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present.— O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

JOSEPH WILLIAM WARD v. PHILIP WEISBERG.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals

of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

CARMINE DE CONDITIS, an Infant, etc., and GENMORO DE CONDITIS v. LOFT, INC., Impleaded with WILLIAM F. FLETCHER & SONS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

HOWARD S. TIERNEY, INC., and Another v. DARWIN R. JAMES, JR.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Petition of LOUIS MARSULLO to Vacate and Set Aside Construction Decree, etc., and Accounting Decree, etc., of and under the Last Will and Testament of DOMINICK MARSULLO, Deceased. ALFRED MARSULLO and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

LUTHER B. McEWING v. WILLIAM M. NEVIN, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

JEROME PAUL, Doing Business, etc., v. SAM MENCHER, as President, or HARRY BEGOON, as Treasurer, of Furriers Joint Council of New York, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Final Inventory and Account of EMPIRE TRUST COMPANY and RAYMOND J. SCULLY, Committee of the Estate of CHARLES CURIE, an Incompetent Person, Deceased. SECOND NATIONAL BANK OF PATERSON; EMPIRE TRUST COMPANY and Another, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.; Cohn, J., taking no part.

MINNIE BECK, Administratrix, etc., of ANDREW H. BECK, Deceased, v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of THE CORPORATION COUNSEL OF THE CITY OF NEW YORK for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation, etc., re Closing of Old Third Avenue (Formerly Old Fordham Avenue) in Blocks 2920, 2921, 2922, 2923 and 2924, in the Borough of the Bronx, City of New York. JOHN L. ARMSTRONG, as Executor, etc., of JOHN ARMSTRONG, Deceased; THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Dore and Callahan, JJ.

In the Matter of the Application of THE CORPORATION COUNSEL OF THE CITY OF NEW YORK for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation, etc., re Closing of Old Third Avenue (Formerly Old Fordham Avenue) in Blocks 2920, 2921, 2922, 2923 and